UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ROBERT FRIEDMAN,                                                       :
                                                                      :
                                        Plaintiff,                    :
                                                                      :        ORDER
            -against-                                                 :
                                                                      :        No. 23-CV-4324-EK-JRC
LANCE WINSLOW, CONEY ISLAND HOSPITAL, AND :
JOANNE ABRAMS,                                                        :
                                                                      :
                                        Defendants.                   :
------------------------------------------------------------------------x

JAMES R. CHO, United States Magistrate Judge:

        By Order dated October 7, 2024, this Court directed *pro se* and *in forma pauperis* plaintiff

Robert Friedman to provide an accurate address for service on defendant Joanne Abrams, after the

United States Marshals Service was unable to serve her with process at the address plaintiff

previously provided.  *See* Memorandum and Order, Dkt. 49; *see also* Summons Returned

Unexecuted, Dkt. 48.

        Accordingly, the United States Marshals Service is hereby directed to serve the summons and

complaint upon defendant Joanne Abrams at the address now provided by plaintiff (*see* Dkt. 51),

without prepayment of fees:  Joanne Abrams, 8701 Shore Road, Apartment 334, Brooklyn, NY

11209.  The Clerk's Office is directed to re-issue a summons for defendant Abrams and deliver all

documents necessary to effect service on defendant Abrams to the United States Marshals Service.

        The Clerk's Office is directed to mail a copy of this Order to the plaintiff.

        **SO ORDERED**

Dated:  Brooklyn, New York
        November 21, 2024

                                                s/ James R. Cho
                                                James R. Cho
                                                United States Magistrate Judge